**DISMISSED and Opinion Filed October 7, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00902-CV

### CHARLES RILEY CONSTANT, Appellant
### V.
### WAVECREST SECURITIES, LLC, Appellee

**On Appeal from the 95th District Court
Dallas County, Texas
Trial Court Cause No. DC-18-16047**

## MEMORANDUM OPINION

Before Justices Osborne, Nowell, and Smith
Opinion by Justice Osborne

Before the Court is appellant's motion to dismiss the appeal. Appellant informs the Court the appeal is now moot because the trial court has vacated the appealed order. Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

220902f.p05

/Leslie Osborne//
LESLIE OSBORNE
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CHARLES RILEY CONSTANT,
Appellant

No. 05-22-00902-CV     V.

WAVECREST SECURITIES, LLC,
Appellee

On Appeal from the 95th District
Court, Dallas County, Texas
Trial Court Cause No. DC-18-16047.
Opinion delivered by Justice
Osborne. Justices Nowell and Smith
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee WAVECREST SECURITIES, LLC recover its costs of this appeal from appellant CHARLES RILEY CONSTANT.

Judgment entered this 7th day of October, 2022.